WILLIAM G. MALCOLM #129271
DON ROBINSON #123411
MELISSA M. SGROI #268296
MALCOLM ♦ CISNEROS
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Telephone: (949) 252-9400
Telecopier: (949) 252-1032

Counsel for ONEWEST BANK, F.S.B. and FEDERAL HOME LOAN MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| ROSALBA BECERRIL-MAYEN, | Case No. 5:11-cv-00379-VAP -OP |
|---|---|
| Plaintiff, | *Assigned to the Hon. Virginia A. Phillips* |
| vs. | **DISMISSAL WITH PREJUDICE AND STIPULATION TO POSSESSION** |
| ONEWEST BANCORP d.b.a. INDYMAC; MTC FINANCIAL d.b.a. TRUSTEE CORP; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1 to 100, | *Complaint filed:* January 28, 2011<br>*Action Removed:* March 4, 2011 |
| Defendants. | |

Defendants ONEWEST BANK, F.S.B. and FEDERAL HOME LOAN MORTGAGE CORPORATION (collectively, "Defendants") together with Plaintiff ROSALBA BECERRIL-MAYEN ("Plaintiff"), through their attorneys of record, hereby respectfully submit the following DISMISSAL WITH PREJUDICE AND STIPULATION TO POSSESSION ("Stipulation") and represent as follows:

///

///

///

1  WHEREAS,

2  A. FEDERAL HOME LOAN MORTGAGE CORPORATION is the current owner and holds all right, title and interest in the real property located at 12086 Redwood Drive, Fontana, CA 92337 (the "Property") pursuant to the Trustee's Deed Upon Sale executed on May 24, 2010 and recorded on June 3, 2010 in the Official Records of the San Bernardino County Recorder's Office.

B. Plaintiff currently resides at said Property as a holdover occupant.

C. Plaintiff has agreed to dismiss this entire action as to all Defendants, with prejudice, effective the date of this Stipulation.

D. Plaintiff has agreed to vacate the premises located on the Property on or before May 15, 2011 and turn over all keys, including mailbox keys, and garage unit remote controllers, to an agent designated by Defendants' counsel on or before that date. In addition, Plaintiff has agreed to leave the Property in broom clean condition, free of all personal property, trash and debris of any kind. The yard must be mowed and free of any trash or debris. It is not acceptable for personal property, trash, or debris to be placed on the parkway in front of the Subject Property or at the rear of the house.

E. Plaintiff has agreed to Stipulate to Judgment in the unlawful detainer action entitled *Federal Home Loan Mortgage Corp. v. Mayen, et al*, San Bernardino County Case No. UDFS1001591 (July 8, 2010), and have executed a Stipulation for Entry of Judgment (Unlawful Detainer) awarding judgment of possession to the Property to FEDERAL HOME LOAN MORTGAGE CORPORATION on and after May 15, 2011. A true and correct copy of the Stipulation for Entry of Judgment is attached hereto and incorporated herein as Exhibit 1.

///
///
///

1  NOW THEREFORE,

2  IT IS STIPULATED that Plaintiff hereby dismiss this entire action as to all
3  Defendants with prejudice. Plaintiff will vacate the Property on or before May 15,
4  2011, leaving the premises in broom clean condition and will deliver keys to an
5  agent for Defendants in accordance with the Stipulation for Entry of Judgment
6  attached hereto and incorporated herein as Exhibit 1. Plaintiff hereby stipulates to
7  judgment in favor of FEDERAL HOME LOAN MORTGAGE CORPORATION
8  in the above-mentioned unlawful detainer action awarding possession to the
9  Property on and after May 15, 2011.

Dated: April 7, 2011          MALCOLM ♦ CISNEROS,
                              A Law Corporation


                              By: /s/ Melissa M. Sgroi
                              MELISSA M. SGROI
                              Attorney for ONEWEST BANK,
                              F.S.B. and FEDERAL HOME
                              LOAN MORTGAGE
                              CORPORATION


Dated: April ___, 2011         LAW OFFICES OF
                              MORTON J. GRABEL, ESQ.


                              By: _____
                              MORTON J. GRABEL
                              Attorney for ROSALBA
                              BECERRIL-MAYEN

1  NOW THEREFORE,

2  IT IS STIPULATED that Plaintiff hereby dismiss this entire action as to all
3  Defendants with prejudice. Plaintiff will vacate the Property on or before May 15,
4  2011, leaving the premises in broom clean condition and will deliver keys to an
5  agent for Defendants in accordance with the Stipulation for Entry of Judgment
6  attached hereto and incorporated herein as Exhibit 1. Plaintiff hereby stipulates to
7  judgment in favor of FEDERAL HOME LOAN MORTGAGE CORPORATION
8  in the above-mentioned unlawful detainer action awarding possession to the
9  Property on and after May 15, 2011.

12  Dated: April ___, 2011                MALCOLM ♦ CISNEROS,
                                          A Law Corporation

14
                                          By: _____
15                                             MELISSA M. SGROI
                                               Attorney for ONEWEST BANK,
16                                             F.S.B. and FEDERAL HOME
                                               LOAN MORTGAGE
17                                             CORPORATION

18
19  Dated: April 4, 2011                  LAW OFFICES OF
                                          MORTON J. GRABEL, ESQ.
20

21                                        By: _____
22                                             MORTON J. GRABEL
                                               Attorney for ROSALBA
23                                             BECERRIL-MAYEN

24                                        IT IS SO ORDERED
                                          Dated April 11, 2011
25
26                                        _____
                                          United States District Judge
27
28